344

P. E. BECK v. KINYON INVESTMENT COMPANY AND ANOTHER.[1]

August 10, 1934.

No. 29,990.

H. H. Sturner and Moonan & Moonan, for appellant.
Nelson & Nelson, for respondents.

PER CURIAM.

The judgment is affirmed on the opinion filed herewith in the case of Burzinski v. Kinyon Inv. Co. 192 Minn. 335, 256 N. W. 233.

FLOSSIE BECK v. KINYON INVESTMENT COMPANY AND ANOTHER.[2]

August 10, 1934.

No. 29,991.

H. H. Sturner and Moonan & Moonan, for appellant.
Nelson & Nelson, for respondents.

PER CURIAM.

The judgment is affirmed on the opinion filed herewith in the case of Burzinski v. Kinyon Inv. Co. 192 Minn. 335, 256 N. W. 233.

[1]Reported in 256 N. W. 243.
[2]Reported in 256 N. W. 243.